UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ABDUL LATIFI,

    Plaintiff,

  v.

DONALD NEUFELD, et al.,

    Defendants.

Case No. 13-cv-05337-BLF

**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE**

[Re: ECF 27]

On July 21, 2014, in light of Defendants' recently stated intent to issue a Request for Evidence on Plaintiff's green card application, the parties submitted a stipulation to continue the July 24, 2014 hearing date on their cross-motions for summary judgment for six months. Given the length of the requested continuance, the Court finds it appropriate to terminate the pending motions with leave to re-notice them for hearing, should the case remain unresolved six months from now.

Accordingly, the July 24, 2014 hearing is HEREBY VACATED. The parties may re-notice their respective motions for hearing in six months' time without re-filing the substantive papers. The parties shall comply with this Court's standing orders with respect to reserving and noticing hearing dates. This case shall be scheduled for a status conference on January 29, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: July 22, 2014

BETH LABSON FREEMAN
United States District Judge